# EXHIBIT 1

# Copyright

---

**Registration Number / Date:**

TXU001645527 / 2010-02-04

**Type of Work:**

Text

**Title:**

Street Fighter: The Complete History.

**Application Title:**

Street Fighter: The Complete History.

**Date of Creation:**

2009

**Copyright Claimant:**

Chronicle Books. Address: 680 2nd St., San Francisco, CA, 94107, United States.

Capcom. Address: 800 Concar Drive, Suite 300, San Mateo, CA, 94402-2649, United States.

**Authorship on Application:**

Chronicle Books, Domicile: United States. employer for hire; Authorship: text, compilation, editing.

Capcom, Domicile: United States. employer for hire; Authorship: artwork.

**Basis of Claim:**

text, compilation, editing, artwork.

**Material Excluded:**

text, artwork.

**Description:**

Book, 171 p.

**Names:**

Chronicle Books

Capcom

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_23447487

---

**Registration Number / Date:**

PA0002007949 / 2016-04-25

**Type of Work:**
Computer Files

**Title:**
STREET FIGHTER V.

**Application Title:**
STREET FIGHTER V.

**Date of Creation:**
2016

**Date of Publication:**
2016-02-16

**Copyright Claimant:**
Capcom U.S.A., Inc. Address: 185 Berry St., Suite 1200, San Francisco, CA, 94107, United States.

**Authorship on Application:**
Capcom U.S.A., Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: computer program and audio visual work.

**Rights and Permissions:**
Capcom U.S.A., Inc., 185 Berry St., Suite 1200, San Francisco, CA, 94107, United States, +81-6-6920-3637, property@head.capcom.co.jp

**Description:**
Blu-ray disc.

**Notes:**
Computer printout (25 p.) also deposited.

**Nation of First Publication:**
United States

**Names:**
Capcom U.S.A., Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_28702902

---

**Registration Number / Date:**
PA0002437354 / 2023-08-11

**Type of Work:**

Music

**Title:**
STREET FIGHTER 6.

**Application Title:**
STREET FIGHTER 6.

**Date of Creation:**
2022

**Date of Publication:**
2023-06-02

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Description:**
CD-ROM +

**Nation of First Publication:**
United States

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_35766126

---

**Registration Number / Date:**
PA0001920083 / 2014-08-14

**Previous Registration:**
2012, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PA0001758323"}'>PA 1-758-323</a>.

**Type of Work:**

Computer Files

**Title:**
ULTRA STREET FIGHTER IV.

**Application Title:**
ULTRA STREET FIGHTER IV (Play Station 3)

**Date of Creation:**
2014

**Date of Publication:**
2014-06-03

**Copyright Claimant:**
Capcom U.S.A., Inc. Address: 800 Concar Drive Suite 300, San Mateo, CA, 94402, United States.

**Authorship on Application:**
Capcom U.S.A., Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: computer program and audio visual work.

**Basis of Claim:**
computer program and audiovisual work.

**Rights and Permissions:**
Capcom U.S.A., Inc., 800 Concar Drive Suite 300, San Mateo, CA, 94402, United States, +81-6-6920-3637, property@head.capcom.co.jp

**Material Excluded:**
prior version, There are 6 previous registration about this work.
PA-1-718-983, PA-1-718-986, PA-1-719-007, PA-1 -722-148, PA 1-758-323 and case#1-616331661.

**Description:**
Videodisc (Blu-Ray DVD)

**Notes:**
Videogame. Computer printout (50p.) also deposited.

**Nation of First Publication:**
United States

**Names:**
Capcom U.S.A., Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_27056854

**Registration Number / Date:**

PA0001719007 / 2010-10-04

**Previous Registration:**

1991, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PA0000529405"}'>PA-529-405</a>.

**Type of Work:**

Computer Files

**Title:**

STREET FIGHTER IV (PC)

**Application Title:**

STREET FIGHTER IV (PC)

**Date of Creation:**

2009

**Date of Publication:**

2009-07-07

**Copyright Claimant:**

Capcom U.S.A., Inc. Address: 800 Concar Drive Suite 300, San Mateo, CA,
94402, United States.

**Authorship on Application:**

Capcom U.S.A., Inc., Domicile: United States. employer for hire; Authorship:
computer program and audiovisual work.

**Basis of Claim:**

computer program and audiovisual work.

**Rights and Permissions:**

Capcom U.S.A., Inc., 800 Concar Drive Suite 300, San Mateo, CA, 94402,
United States

**Material Excluded:**

prior version.

**Description:**

CD-ROM.

**Notes:**

Computer printout (50 p.) also deposited.

**Nation of First Publication:**

United States

**Names:**

Capcom U.S.A., Inc.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_24415537

---

**Registration Number / Date:**
TX0007571712 / 2012-04-16

**Type of Work:**
Computer Files

**Title:**
STREET FIGHTER X TEKKEN.

**Application Title:**
STREET FIGHTER X TEKKEN (PlayStation 3)

**Date of Creation:**
2011

**Date of Publication:**
2012-03-06

**Copyright Claimant:**
Capcom U.S.A., Inc. Address: 800 Concar Drive Suite 300, San Mateo, CA, 94402, United States.

**Authorship on Application:**
Capcom U.S.A., Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: computer program.

**Rights and Permissions:**
Capcom U.S.A., Inc., 800 Concar Drive Suite 300, San Mateo, CA, 94402, United States

**Description:**
BLU RAY DISC.

**Notes:**
Videogame.Computer printout (50 p.) also deposited.

**Nation of First Publication:**
United States

**Names:**

Capcom U.S.A., Inc.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_25763410

---

**Registration Number / Date:**
PA0001722148 / 2010-10-04

**Previous Registration:**
1991, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PA0000529405"}'>PA 529 405</a>.

**Type of Work:**
Computer Files

**Title:**
SUPER STREET FIGHTER IV.

**Application Title:**
SUPER STREET FIGHTER IV.

**Date of Creation:**
2010

**Date of Publication:**
2010-04-27

**Copyright Claimant:**
Capcom U.S.A., Inc. Address: 800 Concar Drive Suite 300, San Mateo, CA,
94402, United States.

**Authorship on Application:**
Capcom U.S.A., Inc., Domicile: United States; employer for hire; Citizenship:
United States. Authorship: computer program and audio visual work.

**Basis of Claim:**
computer program and audiovisual work.

**Rights and Permissions:**
Capcom U.S.A., Inc., 800 Concar Drive Suite 300, San Mateo, CA, 94402,
United States, +81-6-6920-3637, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**

Blu-ray Disc.

**Notes:**
Computer printout (50 p.) also deposited.Videogame for PlayStation 3.

**Nation of First Publication:**
United States

**Names:**
Capcom U.S.A., Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_24471852

---

**Registration Number / Date:**
PA0001920089 / 2014-08-14

**Previous Registration:**
2012, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PA0001758323"}'>PA 1-758-323</a>.

**Type of Work:**
Computer Files

**Title:**
ULTRA STREET FIGHTER IV.

**Application Title:**
ULTRA STREET FIGHTER IV (XBOX 360)

**Date of Creation:**
2014

**Date of Publication:**
2014-06-03

**Copyright Claimant:**
Capcom U.S.A., Inc. Address: 800 Concar Drive Suite 300, San Mateo, CA, 94402, United States.

**Authorship on Application:**
Capcom U.S.A., Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: computer program and audio visual work.

**Basis of Claim:**
computer program and audiovisual work.

**Rights and Permissions:**

Capcom U.S.A., Inc., 800 Concar Drive Suite 300, San Mateo, CA, 94402, United States, +81-6-6920-3637, property@head.capcom.co.jp

**Material Excluded:**

prior version There are 6 previous registration about this work. PA-1-718-983, PA-1-718-986, PA-1-719-007, PA-1 -722-148, PA 1-758-323 and case#1-616331661.

**Description:**

CD-ROM.

**Notes:**

Videogame. Computer printout (50p.) also deposited.

**Nation of First Publication:**

United States

**Names:**

Capcom U.S.A., Inc.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_27056853

---

**Registration Number / Date:**

PA0000339625 / 1987-09-02

**Type of Work:**

Computer Files

**Title:**

Street fighter.

**Date of Creation:**

1987

**Date of Publication:**

1987-08-12

**Copyright Claimant:**

Capcom Company, Ltd.

**Authorship on Application:**

Capcom Company, Ltd., employer for hire.

**Description:**

1 videogame.

**Imprint:**
Osaka, Japan :Sunnyvale, CA : Capcom U S A, c1987.

**Copyright Note:**
C.O. correspondence.

**Notes:**
Identifying material deposited in lieu of videogame.

**Names:**
Capcom Company, Ltd.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_11194331

---

**Registration Number / Date:**
TX0007571781 / 2012-04-16

**Type of Work:**
Computer Files

**Title:**
STREET FIGHTER X TEKKEN.

**Application Title:**
STREET FIGHTER X TEKKEN (XBOX360)

**Date of Creation:**
2011

**Date of Publication:**
2012-03-06

**Copyright Claimant:**
Capcom U.S.A., Inc. Address: 800 Concar Drive Suite 300, San Mateo, CA, 94402, United States.

**Authorship on Application:**
Capcom U.S.A., Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: computer program.

**Rights and Permissions:**
Capcom U.S.A., Inc., 800 Concar Drive Suite 300, San Mateo, CA, 94402, United States

**Description:**
CD-ROM.

**Notes:**

Videogame.Computer printout (50 p.) also deposited.

**Nation of First Publication:**

United States

**Names:**

Capcom U.S.A., Inc.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_25763411

---

**Registration Number / Date:**

TX0009465940 / 2024-11-07

**Previous Registration:**

1998, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PA0000799042"}'>PA0000799042</a>.

**Type of Work:**

Computer Files

**Title:**

MARVEL VS. CAPCOM FIGHTING COLLECTION: ARCADE CLASSICS.

**Application Title:**

MARVEL VS. CAPCOM FIGHTING COLLECTION: ARCADE CLASSICS.

**Contents:**

X-MEN CHILDREN OF THE ATOM MARVEL SUPER HEROES X-MEN VS. STREET FIGHTER MARVEL SUPER HEROES VS. STREET FIGHTER MARVEL VS. CAPCOM MARVEL VS. CAPCOM 2 THE PUNISHER.

**Date of Creation:**

2024

**Date of Publication:**

2024-09-12

**Copyright Claimant:**

CAPCOM CO., LTD. Address: 3-1-3 Uchihirano-machi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**

CAPCOM CO., LTD., employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Basis of Claim:**
computer program and audio visual works.

**Rights and Permissions:**
QIN ZHANG, CAPCOM CO., LTD., 3-1-3 Uchihirano-machi, Chuo-ku,, Osaka, 5400037, Japan, property@head.capcom.co.jp

**Material Excluded:**
prior versions.

**Description:**
Electronic file (eService)

**Copyright Note:**
Basis for Registration: Collective work.

**Notes:**
Videogame.

**Nation of First Publication:**
United States

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_38001651

---

**Registration Number / Date:**
PA0002168781 / 2018-06-22

**Previous Registration:**
1994, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PAU001852626"}'>PAU-1-852-626</a>.

**Type of Work:**
Computer Files

**Title:**
Street Fighter 30th Anniversary Collection.

**Application Title:**
Street Fighter 30th Anniversary Collection.

**Date of Creation:**
2018

**Date of Publication:**
2018-05-29

**Copyright Claimant:**
Capcom U.S.A., Inc. Address: 185 Berry St., Suite 1200, San Francisco, CA, 94107, United States.

**Authorship on Application:**
Capcom U.S.A., Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: computer program and audio visual work.

**Basis of Claim:**
cmputer program and audio visual works.

**Rights and Permissions:**
Capcom U.S.A., Inc., 185 Berry St., Suite 1200, San Francisco, CA, 94107, United States, +81-6-6920-3637, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
CD-ROM +

**Notes:**
video game

**Nation of First Publication:**
United States

**Names:**
Capcom U.S.A., Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_30714435

---

**Registration Number / Date:**
PA0001718986 / 2010-10-04

**Previous Registration:**
1991, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PA0000529405"}'>PA-529-405</a>.

**Type of Work:**
Computer Files

**Title:**
STREET FIGHTER IV (XBOX 360)

**Application Title:**
STREET FIGHTER IV (XBOX360)

**Date of Creation:**
2008

**Date of Publication:**
2009-02-17

**Copyright Claimant:**
Capcom U.S.A., Inc. Address: 800 Concar Drive Suite 300, San Mateo, CA, 94402, United States.

**Authorship on Application:**
Capcom U.S.A., Inc., Domicile: United States. employer for hire; Authorship: computer program and audiovisual work.

**Basis of Claim:**
computer program and audiovisual work.

**Rights and Permissions:**
Capcom U.S.A., Inc., 800 Concar Drive Suite 300, San Mateo, CA, 94402, United States

**Material Excluded:**
prior version.

**Description:**
CD-ROM.

**Notes:**
Computer printout (50 p.) also deposited.

**Nation of First Publication:**
United States

**Names:**
Capcom U.S.A., Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_24415536

**Registration Number / Date:**

PA0002279188 / 2020-07-16

**Previous Registration:**

2016, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PA0002007949"}'>PA 2-007-949</a>.

**Type of Work:**

Computer Files

**Title:**

STREET FIGHTER V: CHAMPION EDITION.

**Application Title:**

STREET FIGHTER V: CHAMPION EDITION.

**Date of Creation:**

2020

**Date of Publication:**

2020-02-14

**Copyright Claimant:**

Capcom U.S.A., Inc. Address: 185 Berry St., Suite 1200, San Francisco, CA,
94107, United States.

**Authorship on Application:**

Capcom U.S.A., Inc., Domicile: United States; employer for hire; Citizenship:
United States. Authorship: computer program and audio visual work.

**Basis of Claim:**

cmputer program and audio visual works.

**Rights and Permissions:**

Capcom U.S.A., Inc., 185 Berry St., Suite 1200, San Francisco, CA, 94107,
United States, +81-6-6920-3637, property@head.capcom.co.jp

**Material Excluded:**

prior version.

**Description:**

Blu-ray disc.

**Notes:**

Videogame for PS4.

**Nation of First Publication:**

United States

**Names:**

Capcom U.S.A., Inc.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_32227486

---

**Registration Number / Date:**
PA0002134426 / 2018-03-26

**Previous Registration:**
2016, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PA0002007949"}'>PA 2-007-949</a>.

**Type of Work:**
Computer Files

**Title:**
STREET FIGHTER V -ARCADE EDITION-.

**Application Title:**
STREET FIGHTER V -ARCADE EDITION-.

**Date of Creation:**
2018

**Date of Publication:**
2018-01-16

**Copyright Claimant:**
Capcom U.S.A., Inc. Address: 185 Berry St., Suite 1200, San Francisco, CA,
94107, United States.

**Authorship on Application:**
Capcom U.S.A., Inc., Domicile: United States; employer for hire; Citizenship:
United States. Authorship: computer program and audio visual work.

**Basis of Claim:**
computer program and audio visual works.

**Rights and Permissions:**
Capcom U.S.A., Inc., 185 Berry St., Suite 1200, San Francisco, CA, 94107,
United States, +81-6-6920-3637, property@head.capcom.co.jp

**Material Excluded:**

prior version.

**Description:**

2 CD-ROMs.

**Notes:**

Computer printout (50p.) also deposited.Videogame.

**Nation of First Publication:**

United States

**Names:**

Capcom U.S.A., Inc.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_30391801

---

**Registration Number / Date:**

VA0002111819 / 2017-05-12

**Type of Work:**

Serials

**Title:**

Street Fighter X G.I. Joe #3.

**Application Title:**

Street Fighter X G.I. Joe #3.

**Date of Creation:**

2016

**Date of Publication:**

2016-02-01

**Copyright Claimant:**

Capcom U.S.A., Inc. Address: 800 Concar Drive, Suite 300, San Mateo, CA, 94402-7045, United States.
Hasbro International, Inc. Address: 1027 Newport Ave, Pawtucket, RI, 02861, United States.

**Authorship on Application:**

Capcom U.S.A., Inc., Domicile: United States. employer for hire; Authorship: 2-D artwork, Text.
Hasbro International, Inc., Domicile: United States. employer for hire; Authorship: 2-D artwork, Text.

**Description:**

Book.

**Nation of First Publication:**
United States

**Names:**
Capcom U.S.A., Inc.
Hasbro International, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_30099910

---

**Registration Number / Date:**
VA0002112359 / 2017-05-26

**Type of Work:**
Serials

**Title:**
Street Fighter X G.I. Joe #2.

**Application Title:**
Street Fighter X G.I. Joe #2.

**Date of Creation:**
2016

**Date of Publication:**
2016-01-15

**Copyright Claimant:**
Capcom U.S.A., Inc. Address: 800 Concar Drive, Suite 300, San Mateo, CA, 94402-7045, United States.
Hasbro International, Inc. Address: 1027 Newport Avenue, Pawtucket, RI, 02861, United States.

**Authorship on Application:**
Capcom U.S.A., Inc., Domicile: United States. employer for hire; Authorship: 2-D artwork, Text.
Hasbro International, Inc., Domicile: United States. employer for hire; Authorship: 2-D artwork, Text.

**Description:**
Book.

**Nation of First Publication:**
United States

**Names:**

<u>Capcom U.S.A., Inc.</u>

<u>Hasbro International, Inc.</u>

**USCO Catalog Link:**

<u>https://publicrecords.copyright.gov/detailed-record/voyager_30105209</u>

---

**Registration Number / Date:**
VA0002112362 / 2017-05-26

**Type of Work:**
Serials

**Title:**
Street Fighter X G.I. Joe #1.

**Application Title:**
Street Fighter X G.I. Joe #1.

**Date of Creation:**
2016

**Date of Publication:**
2016-01-15

**Copyright Claimant:**
Capcom U.S.A., Inc. Address: 800 Concar Drive, Suite 300, San Mateo, CA, 94402-7045, United States.
Hasbro International, Inc. Address: 1027 Newport Avenue, Pawtucket, RI, 02861, United States.

**Authorship on Application:**
Capcom U.S.A., Inc., Domicile: United States. employer for hire; Authorship: 2-D artwork, Text.
Hasbro International, Inc., Domicile: United States. employer for hire; Authorship: 2-D artwork, Text.

**Description:**
Book.

**Nation of First Publication:**
United States

**Names:**

<u>Capcom U.S.A., Inc.</u>

<u>Hasbro International, Inc.</u>

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_30105210

**Registration Number / Date:**
PAU003572291 / 2011-06-03

**Previous Registration:**
2010, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PA0001722145"}'>PA1-722-145</a>.

**Type of Work:**
Computer Files

**Title:**
SUPER STREET FIGHTER IV ARCADE EDITION.

**Application Title:**
SUPER STREET FIGHTER IV ARCADE EDITION.

**Date of Creation:**
2011

**Copyright Claimant:**
Capcom U. S. A., Inc. Address: 800 Concar Drive Suite 300, San Mateo, CA,
94402, United States.

**Authorship on Application:**
Capcom U.S.A., Inc., Domicile: United States; employer for hire; Citizenship:
United States. Authorship: computer program and audio visual works.

**Basis of Claim:**
computer program and audio visual works.

**Material Excluded:**
prior version.

**Description:**
Computer code +

**Names:**
Capcom U.S.A., Inc.
Capcom U. S. A., Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_24986124

**Registration Number / Date:**
VA0002111417 / 2017-05-12

**Type of Work:**
Visual Material

**Title:**
Street Fighter X G.I. Joe #4.

**Application Title:**
Street Fighter X G.I. Joe #4.

**Date of Creation:**
2016

**Date of Publication:**
2016-03-01

**Copyright Claimant:**
Capcom U.S.A., Inc. Address: 800 Concar Drive, Suite 300, San Mateo, CA, 94402-7045, United States.
Hasbro International, Inc. Address: 1027 Newport Avenue, Pawtucket, RI, 02861, United States.

**Authorship on Application:**
Capcom U.S.A., Inc., Domicile: United States. employer for hire; Authorship: 2-D artwork, Text.
Hasbro International, Inc., Domicile: United States. employer for hire; Authorship: 2-D artwork, Text.

**Description:**
Book.

**Nation of First Publication:**
United States

**Names:**
Capcom U.S.A., Inc.
Hasbro International, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_30097549

**Registration Number / Date:**
PA0001718983 / 2010-10-04

**Previous Registration:**
1991, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PA0000529405"}'>PA-529-405</a>.

**Type of Work:**
Computer Files

**Title:**
STREET FIGHTER IV (Play Station 3)

**Application Title:**
STREET FIGHTER IV (Play Station 3)

**Date of Creation:**
2008

**Date of Publication:**
2009-02-17

**Copyright Claimant:**
Capcom U.S.A., Inc. Address: 800 Concar Drive Suite 300, San Mateo, CA, 94402, United States.

**Authorship on Application:**
Capcom U.S.A., Inc., Domicile: United States. employer for hire; Authorship: computer program and audiovisual work.

**Basis of Claim:**
computer program and audiovisual work.

**Rights and Permissions:**
Capcom U.S.A., Inc., 800 Concar Drive Suite 300, San Mateo, CA, 94402, United States

**Material Excluded:**
prior version.

**Description:**
Blu-ray Disc.

**Notes:**
Computer printout (50 p.) also deposited.

**Nation of First Publication:**
United States

**Names:**

Capcom U.S.A., Inc.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_24415535

---

**Registration Number / Date:**
PA0000562330 / 1992-04-27

**Previous Registration:**
Some of the audio visual work and computer program prev. reg. 1987, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PA0000339625"}'>PA 339-625;</a> 1991, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PA0000529405"}'>PA 529-405</a>.

**Type of Work:**
Computer Files

**Title:**
Street fighter II champion edition.

**Application Title:**
Street fighter II.

**Date of Creation:**
1992

**Date of Publication:**
1992-03-23

**Copyright Claimant:**
Capcom Company, Ltd.

**Authorship on Application:**
Capcom Company, Ltd., employer for hire.

**Basis of Claim:**
New Matter: some audio visual artwork and some computer program text.

**Description:**
1 videogame.

**Names:**

Capcom Company, Ltd.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_11408796

---

**Registration Number / Date:**
PAU003891724 / 2017-06-20

**Previous Registration:**
1991, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PA0000529405"}'>PA-529-405</a>.

**Type of Work:**
Computer Files

**Title:**
ULTRA STREET FIGHTER II The Final Challengers.

**Application Title:**
ULTRA STREET FIGHTER II The Final Challengers.

**Date of Creation:**
2017

**Copyright Claimant:**
Capcom U.S.A., Inc. Address: 185 Berry St., Suite 1200, San Francisco, CA,
94107, United States.

**Authorship on Application:**
Capcom U.S.A., Inc., Domicile: United States; employer for hire; Citizenship:
United States. Authorship: computer program and audio visual work.

**Basis of Claim:**
computer program and audio visual works.

**Rights and Permissions:**
Capcom U.S.A., Inc., 185 Berry St., Suite 1200, San Francisco, CA, 94107,
United States, +81-6-6920-3637, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
Game disc.

**Notes:**

Videogame for Nintendo Switch.Synopsis, collection of screenshots and computer printout (50 p.) also deposited.

**Names:**

Capcom U.S.A., Inc.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_29743458

---

**Registration Number / Date:**
TX0007637317 / 2012-11-02

**Previous Registration:**
2012, case#1-750498363.

**Type of Work:**
Computer Files

**Title:**
STREET FIGHTER X TEKKEN (Play Station Vita)

**Application Title:**
STREET FIGHTER X TEKKEN (Play Station Vita)

**Date of Creation:**
2012

**Date of Publication:**
2012-10-23

**Copyright Claimant:**
Capcom U.S.A., Inc. Address: 800 Concar Drive Suite 300, San Mateo, CA, 94402, United States.

**Authorship on Application:**
Capcom U.S.A., Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: computer program.

**Basis of Claim:**
computer program.

**Rights and Permissions:**
Capcom U.S.A., Inc., 800 Concar Drive Suite 300, San Mateo, CA, 94402, United States, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**

Print material +

**Nation of First Publication:**

United States

**Names:**

Capcom U.S.A., Inc.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_25943236

---

**Registration Number / Date:**

PA0001619422 / 2009-02-26

**Previous Registration:**

2008, &lt;a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PAU003371822"}'&gt;PAu 3-371-822&lt;/a&gt;.

**Type of Work:**

Motion Pictures

**Title:**

STREET FIGHTER: The Legend of Chun-Li.

**Application Title:**

STREET FIGHTER: THE LEGEND OF CHUN-LI (Feature Motion Picture)

**Date of Creation:**

2009

**Date of Publication:**

2009-02-04

**Copyright Claimant:**

Capcom Co., Ltd. Address: 3-1-3 Uchihirano-machi, Chuo-ku, Osaka
540-0037 Japan.

**Authorship on Application:**

Capcom Co., Ltd., Domicile: Japan. employer for hire; Authorship: entire
motion picture.

**Basis of Claim:**

all other cinematographic material.

**Material Excluded:**

script/screenplay, preexisting music.

**Description:**
5 Film reels ;

**Language:**
Some Chinese, with some English subtitles.

**Nation of First Publication:**
United States

**Names:**
Bartkowiak, Andrzej
Capcom Co., Ltd.
Hyde Park Entertainment
Adlabs Films

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_22682226

---

**Registration Number / Date:**
PA0001806836 / 2012-01-26

**Type of Work:**
Motion Pictures

**Title:**
STREET FIGHTER IV THE TIES THAT BIND.

**Application Title:**
STREET FIGHTER IV THE TIES THAT BIND.

**Date of Creation:**
2008

**Date of Publication:**
2009-02-17

**Copyright Claimant:**
Capcom U.S.A., Inc. Address: 800 Concar Drive Suite 300, San Mateo, CA, 94402, United States.

**Authorship on Application:**
Capcom U.S.A., Inc., Domicile: United States. employer for hire; Authorship: entire motion picture.

**Rights and Permissions:**
Capcom U.S.A., Inc., 800 Concar Drive Suite 300, San Mateo, CA, 94402

**Description:**
Videodisc (DVD)

**Nation of First Publication:**
United States

**Names:**
Capcom U.S.A., Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_25722556

---

**Registration Number / Date:**
PA0001804356 / 2011-12-13

**Previous Registration:**
1999, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PA0000955265"}'>PA-955-265</a>.

**Type of Work:**
Music

**Title:**
STREET FIGHTER III 3rd STRIKE :ONLINE EDITION.

**Application Title:**
STREET FIGHTER III 3rd STRIKE ONLINE EDITION.

**Date of Creation:**
2011

**Date of Publication:**
2011-08-23

**Copyright Claimant:**
Capcom U.S.A., Inc. Address: 800 Concar Drive Suite 300, San Mateo, CA,
94402, United States.

**Authorship on Application:**
Capcom U.S.A., Inc., Domicile: United States. employer for hire; Authorship:
Computer program and Audiovisual Work.

**Basis of Claim:**
Computer Program and Audiovisual work.

**Rights and Permissions:**

Capcom U.S.A., Inc., 800 Concar Drive Suite 300, San Mateo, CA, 94402

**Material Excluded:**
Prior version.

**Description:**
DVD-ROM +

**Notes:**
Computer printout (50 p.) also deposited.

**Nation of First Publication:**
United States

**Names:**
Capcom U.S.A., Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_25689536

---

**Registration Number / Date:**
PA0001785323 / 2011-04-11

**Previous Registration:**
2010, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PA0001722145"}'>PA1-722-145</a>.

**Type of Work:**
Computer Files

**Title:**
SUPER STREET FIGHTER IV 3D EDITION (Nintendo 3DS)

**Application Title:**
SUPER STREET FIGHTER IV 3D EDITION (Nintendo 3DS)

**Date of Creation:**
2011

**Date of Publication:**
2011-03-27

**Copyright Claimant:**
Capcom U.S.A., Inc. Address: 800 Concar Drive Suite 300, San Mateo, CA, 94402, United States.

**Authorship on Application:**
Capcom U.S.A., Inc., Domicile: United States. employer for hire; Authorship: computer program and audiovisual work.

**Basis of Claim:**
computer program and audiovisual work.

**Rights and Permissions:**
Capcom U.S.A., Inc., 800 Concar Drive Suite 300, San Mateo, CA, 94402, United States, +81-6-6920-3637, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
Cartridge.

**Notes:**
Videogame.Computer printout (50 p.) also deposited.

**Nation of First Publication:**
United States

**Names:**
Capcom U.S.A., Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_25462574

---

**Registration Number / Date:**
PA0000719022 / 1994-08-01

**Previous Registration:**
Computer program and some of the audiovisual work prev. reg. 1993, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PA0000620026"}'>PA 620-026</a>.

**Type of Work:**
Computer Files

**Title:**
Super street fighter II.

**Date of Creation:**
1993

**Date of Publication:**
1993-09-14

**Copyright Claimant:**
Capcom Company, Ltd.

**Authorship on Application:**
audiovisual display, computer program: Capcom Company, Ltd., employer for hire.

**Basis of Claim:**
New Matter: some new computer program text.

**Description:**
Videogame.

**Names:**
Capcom Company, Ltd.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_11537490

---

**Registration Number / Date:**
VA0002111510 / 2017-05-12

**Type of Work:**
Visual Material

**Title:**
Street Fighter X G.I. Joe #6 (with 4 cover editions)

**Application Title:**
Street Fighter X G.I. Joe #6 (with 4 cover editions)

**Date of Creation:**
2016

**Date of Publication:**
2016-05-01

**Copyright Claimant:**
Capcom U.S.A., Inc. Address: 800 Concar Drive, Suite 300, San Mateo, CA, 94402-7045, United States.
Hasbro International, Inc. Address: 1027 Newport Avenue, Pawtucket, RI, 02861, United States.

**Authorship on Application:**

Capcom U.S.A., Inc., Domicile: United States. employer for hire; Authorship: 2-D artwork, Text.

Hasbro International, Inc., Domicile: United States. employer for hire; Authorship: 2-D artwork, Text.

**Description:**
Print material (record pages if present)

**Nation of First Publication:**
United States

**Names:**
Capcom U.S.A., Inc.
Hasbro International, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_30097550

---

**Registration Number / Date:**
VA0002111802 / 2017-06-16

**Type of Work:**
Serials

**Title:**
Street Fighter X G.I. Joe #5 (with 4 cover editions)

**Application Title:**
Street Fighter X G.I. Joe #5 (with 4 cover editions)

**Date of Creation:**
2016

**Date of Publication:**
2016-04-01

**Copyright Claimant:**
Capcom U.S.A., Inc. Address: 800 Concar Drive, Suite 300, San Mateo, CA, 94402-7045, United States.
Hasbro International, Inc. Address: 1027 Newport Avenue, Pawtucket, RI, 02861, United States.

**Authorship on Application:**
Capcom U.S.A., Inc., Domicile: United States. employer for hire; Authorship: 2-D artwork, Text.

Hasbro International, Inc., Domicile: United States. employer for hire; Authorship: 2-D artwork, Text.

**Description:**
Book.

**Nation of First Publication:**
United States

**Names:**
Capcom U.S.A., Inc.
Hasbro International, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_30099923

---

**Registration Number / Date:**
VA0000754459 / 1996-05-22

**Previous Registration:**
Appl. identifies audio-visual work & packaging as preexsiting material.

**Type of Work:**
Visual Material

**Title:**
Street Fighter II :no. NOAM-4-2034.

**Application Title:**
Streetfighter II (Game Boy Version); DMG-ASFE-USA.

**Other Title:**
Streetfighter II (Game Boy Version)
DMG-ASFE-USA

**Date of Creation:**
1995

**Date of Publication:**
1995-09-11

**Copyright Claimant:**
Capcom Company, Ltd.

**Authorship on Application:**
artwork: Capcom Company, Ltd.;text: Tim Girvin Design, Inc., employer for hire.

**Basis of Claim:**
New Matter: some text & ill.

**Description:**
Product packaging.

**Names:**
Capcom Company, Ltd.
Tim Girvin Design, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_19302003

---

**Registration Number / Date:**
TX0004312665 / 1996-05-30

**Type of Work:**
Text

**Title:**
Street Fighter II :age 6+ : instruction booklet.

**Application Title:**
DMG-ASFE-USA.

**Other Title:**
DMG-ASFE-USA

**Date of Creation:**
1995

**Date of Publication:**
1995-09-11

**Copyright Claimant:**
Capcom Company, Ltd.

**Authorship on Application:**
ill. & text: Capcom Company, Ltd., text: Nintendo of America, Inc., employers for hire.

**Basis of Claim:**
New Matter: text and some ill.

**Description:**
27 p.

**Edition:**

Game Boy version.

**Names:**

Capcom Company, Ltd.

Nintendo of America, Inc.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_15233792

---

**Registration Number / Date:**
PA0000799043 / 1998-07-15

**Previous Registration:**
Characters preexisting.

**Type of Work:**
Computer Files

**Title:**
Marvel Comics X-Men vs. Street Fighter.

**Application Title:**
X-Men vs. Street Fighter.

**Date of Creation:**
1997

**Date of Publication:**
1997-12-18

**Copyright Claimant:**
Capcom Company, Ltd.

**Authorship on Application:**
computer program and audiovisual work: Capcom Company, Ltd., employer for hire.

**Description:**
CD-ROM videogame.

**Imprint:**
c1997.

**Publisher Label Number:**
NTSC U/C SLUS-00627

**Notes:**
Printouts also deposited.Compatible with PlayStation game consoles.

**Names:**

NTSC U/C SLUS-00627

Capcom Company, Ltd.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_11616264

# Copyright

**Registration Number / Date:**
VA0000595796 / 1993-11-10

**Previous Registration:**
Video game software prev. reg. 1993, <a href='https://
publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PA0000562330"}'>PA 562-330</a>, et al. Appl. states based on prev.
drawings and video game artwork.

**Type of Work:**
Visual Material

**Title:**
Character artwork, Ryu.

**Application Title:**
Street fighter II character artwork, Ryu.

**Other Title:**
Ryu

**Appears In:**
Street fighter II, complete file

**Date of Creation:**
1992

**Date of Publication:**
1992-12-30

**Copyright Claimant:**
Capcom Company, Ltd.

**Basis of Claim:**
New Matter: additions and revisions throughout.

**Description:**
Character drawings.

**Names:**
Capcom Company, Ltd.

**USCO Catalog Link:**

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

---

**Registration Number / Date:**
VA0000595794 / 1993-11-10

**Previous Registration:**
Video game software prev. reg. 1993, <a href='https://
publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PA0000562330"}'>PA 562-330</a> et al. Appl. states based on prev.
drawings and video game artwork.

**Type of Work:**
Visual Material

**Title:**
Character artwork--Ken.

**Application Title:**
Street fighter II character artwork, Ken.

**Other Title:**
Ken

**Appears In:**
Street fighter II, complete file

**Date of Creation:**
1992

**Date of Publication:**
1992-12-30

**Copyright Claimant:**
Capcom Company, Ltd.

**Basis of Claim:**
New Matter: additions and revisions throughout.

**Description:**
Character drawings.

**Names:**
Capcom Company, Ltd.

**USCO Catalog Link:**

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number / Date:**

VA0000595801 / 1993-11-10

**Previous Registration:**

Video game software prev. reg. 1993, <a href='https://
publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PA0000562330"}'>PA 562-330</a>, et al. Appl. states based on prev.
drawings and video game artwork.

**Type of Work:**

Visual Material

**Title:**

Character artwork, Chun Li.

**Application Title:**

Street fighter II character artwork, Chun Li.

**Other Title:**

Chun Li

**Appears In:**

Street fighter II, complete file

**Date of Creation:**

1992

**Date of Publication:**

1992-12-30

**Copyright Claimant:**

Capcom Company, Ltd.

**Basis of Claim:**

New Matter: additions and revisions throughout.

**Description:**

Character drawings.

**Names:**

Capcom Company, Ltd.

**USCO Catalog Link:**

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
VAU000286681 / 1994-02-02

**Previous Registration:**
Appl. states based on video game artwork for Super street fighter II.

**Type of Work:**
Visual Material

**Title:**
Cammy.

**Application Title:**
Super street fighter II character artwork: Cammy.

**Other Title:**
Super street fighter II

**Date of Creation:**
1993

**Copyright Claimant:**
Capcom Company, Ltd.

**Description:**
Art original.

**Names:**
Capcom Company, Ltd.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_18142482

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number / Date:**
VA0000595802 / 1993-11-10

**Previous Registration:**
Video game software prev. reg. 1993, <a href='https://
publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PA0000562330"}'>PA 562-330</a>, et al. Appl. states based on prev.
drawings and video game artwork.

**Type of Work:**
Visual Material

**Title:**
Character artwork, Guile.

**Application Title:**
Street fighter II character artwork, Guile.

**Other Title:**
Guile

**Appears In:**
Street fighter II, complete file

**Date of Creation:**
1992

**Date of Publication:**
1992-12-30

**Copyright Claimant:**
Capcom Company, Ltd.

**Basis of Claim:**
New Matter: additions and revisions throughout.

**Description:**
Character drawings.

**Names:**
Capcom Company, Ltd.

**USCO Catalog Link:**

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
VA0000595799 / 1993-11-10

**Previous Registration:**
Video game software prev. reg. 1993, <a href='https://
publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PA0000562330"}'>PA 562-330</a>, et al. Appl. states based on prev.
drawings and video game artwork.

**Type of Work:**
Visual Material

**Title:**
Character artwork, Zangief.

**Application Title:**
Street fighter II character artwork, Zangief.

**Other Title:**
Zangief

**Appears In:**
Street fighter II, complete file

**Date of Creation:**
1992

**Date of Publication:**
1992-12-30

**Copyright Claimant:**
Capcom Company, Ltd.

**Basis of Claim:**
New Matter: additions and revisions throughout.

**Description:**
Character drawings.

**Names:**
Capcom Company, Ltd.

**USCO Catalog Link:**

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number / Date:**
VA0000595803 / 1993-11-10

**Previous Registration:**
Video game software prev. reg. 1993, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PA0000562330"}'>PA 562-330</a>, et al. Appl. states based on prev. drawings and video game artwork.

**Type of Work:**
Visual Material

**Title:**
Character artwork, Dhalsim.

**Application Title:**
Street fighter II character artwork, Dhalsim.

**Other Title:**
Dhalsim

**Appears In:**
Street fighter II, complete file

**Date of Creation:**
1992

**Date of Publication:**
1992-12-30

**Copyright Claimant:**
Capcom Company, Ltd.

**Basis of Claim:**
New Matter: additions and revisions throughout.

**Description:**
Character drawings.

**Names:**
Capcom Company, Ltd.

**USCO Catalog Link:**

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
VA0000595800 / 1993-11-10

**Previous Registration:**
Video game software prev. reg. 1993, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PA0000562330"}'>PA 562-330</a>, et al. Appl. states based on prev. drawings and video game artwork.

**Type of Work:**
Visual Material

**Title:**
Character artwork, Sagat.

**Application Title:**
Street fighter II character artwork, Sagat.

**Other Title:**
Sagat

**Appears In:**
Street fighter II, complete file

**Date of Creation:**
1992

**Date of Publication:**
1992-12-30

**Copyright Claimant:**
Capcom Company, Ltd.

**Basis of Claim:**
New Matter: additions and revisions throughout.

**Description:**
Character drawings.

**Names:**
Capcom Company, Ltd.

**USCO Catalog Link:**

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).